IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LESTER E. FISHER,

    *Plaintiff*,

v.                              **Case No.: 5:25cv310-MW/MJF**

WARDEN RODGERS, et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 16. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 16, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with two Court Orders and failure to prosecute." The Clerk shall close the file.

**SO ORDERED on June 3, 2026.**

                        **s/Mark E. Walker**
                        **United States District Judge**